IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT # 325136911984,

    Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Finegan Cole and Assistant United States Attorney Laura B. Hurd, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

**JURISDICTION AND VENUE**

1.    The United States of America (the United States) has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. §§ 981(a)(1)(A) and (C), seeking forfeiture of defendant $22,005.93 seized from Bank of America Account number 325136911984, as proceeds traceable to one or more violations of 18 U.S.C. § 1343 and 18 U.S.C. §§ 1956,1957.

2.    This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3.    Venue is proper 28 U.S.C. § 1395, as the defendant property is located, and some of the acts described herein occurred in the District of Colorado.

1

## DEFENDANT PROPERTY

4. Defendant property is more fully described as: $22,005.93 seized from Bank of America Account number 325136911984 (herein "defendant BOA Account #1984") on December 2, 2022, from Bank of America and is currently being held by the United States Marshals Service, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

5. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND OF THE CONSPIRACY

6. In February 2020, the Federal Bureau of Investigation ("FBI") began an investigation into various schemes to defraud businesses and individuals through email compromise schemes and romance scams.

7. A "Business Email Compromise" (BEC) refers to an individual or group of individuals that target a victim company, via email. The BEC individual or group sends the victim company an email posing as a legitimate vendor or associate of the victim company. The contents of the email often direct the victim company employees to wire money to an account, or to modify existing banking information for the legitimate vendor of the victim company. The account that the victim company is directed to send money to is not actually associated with the legitimate vendor, but is an account used to facilitate the movement of the stolen funds to BEC actors domestically and abroad.

8. A "Romance Scam" occurs when bad actors adopt fake online identities to gain an individual's affection and trust. The scammers then use the illusion of a romantic or close relationship to manipulate and/or steal from the individual. The romance scam can involve obtaining money directly from the individual or convincing the person to launder funds obtained through other romance scams or online frauds using false or deceptive information.

9. It is common in romance fraud scams to see the following patterns and deceptions:

   a. The scammer makes promises to meet in person but gives excuses as to why they cannot actually meet;

   b. The scammer will ask for money once trust is established. Typically, the scammer explains they have an owed debt, need financial assistance, or need travel funds;

   c. The scammer will request money through methods that make it hard to be traced and hard to get back. This can include using wire transfers to domestic accounts opened by money mules, or cryptocurrency transactions;

   d. The scammer may ask a victim to leave a dating service or social media site to communicate directly.

## BEC FRAUD

10.     In February 2020, the FBI was contacted in relation to a business email compromise scheme where funds that were intended to be remitted from an account associated with NCP[1] to BC were obtained by fraudulent means.

11.     In January 2020, NCP of Denver, Colorado intended to wire $3,000,000.00 in funds to BC for costs related to a project. Due to a BEC scheme, NCP received false wiring instructions, via email, from what appeared to be an employee of BC. The false wiring instructions were used to wire funds to a BB&T Bank account. The BB&T Bank account was not associated with NCP or BC.

12.     On January 27, 2020, after NCP received the emailed wiring instructions, they wired the $3,000,000.00 to the BB&T Bank account.

13.     Upon further investigation, NCP employees discovered the email containing the incorrect wiring instructions and notified law enforcement.

14.     After the $3,000,000.00 wire transfer, the BB&T account holder purchased five cashier's checks totaling $1,200,000.00. The cashier's checks were made payable to H-D Logistics and were mailed, via FedEx, to Oceanside, California. Based on the fraud, a stop payment was issued for all five cashier's checks.

15.     Three of the checks, totaling $600,000.00 were presented at a Citibank branch in California for deposit into a Citibank Account in the name of H-D Logistics. On January 29, 2020, the account was credited with the $600,000.00.

---

[1] Initials have been used to identify victims.

16. On February 3, 2020, the balance of the H-D Logistics Citibank Account was $676,680.00.

17. On February 3, 2020, a check was issued in the amount of $19,800.00, which was deposited into the defendant BOA account #1984, discussed below.

18. On February 4, 2020, the Citibank account was debited approximately $670,000.00 due to the "stop payment" on the checks sent to H-D Logistics.

### H-D Logistics, Inc.

19. Based on the fraud, FBI began an investigation into H-D Logistics, Inc. and accounts associated with the business. H-D Logistics, Inc. is a California business that is involved in the commercial recycling industry. Debora Hill is the president of H-D Logistics Inc.

20. Despite doing some legitimate business, a review of bank accounts associated with H-D Logistics, Inc. identified numerous bank accounts, including accounts at Citibank and Bank of America, that appear to be receiving fraudulently obtained funds through various schemes to defraud.

21. Between July 29, 2019, and June 24, 2020, approximately $1,467,000.00 was deposited into accounts of H-D Logistics Inc. and personal accounts of Debora Hill, the president of H-D Logistics Inc. that are from individuals and do not appear to be business related or related to commercial recycling.

22. In addition, a review of cryptocurrency purchases by Debora Hill showed approximately $1,585,212.00 in cryptocurrency purchases using funds from various accounts that appear to be proceeds from various fraudulent schemes.

## ROMANCE SCHEME

23. In addition to the BEC investigation, the FBI also identified a romance scheme involving A.V. who sent funds to a company identified as H-D Logistics, Inc.

24. On February 11, 2020, an interview was conducted by law enforcement with A.V.

25. According to A.V., in December 2019, A.V stated that a man who identified himself as David Watts ("Watts"), contacted A.V. on "Our Time," an online dating website for men and women over 50.

26. Watts claimed to have lost his wife and he wanted "a woman who is patient kind loving and caring." Watts also told A.V. "Compatibility is very important as we are looking for someone to spend the rest of our lives together with."

27. A.V. and Watts communicated on a regular basis and their online relationship became romantic. Watts told A.V. that he was leaving for Africa and was too busy to meet A.V. personally. A.V. had never met Watts in person.

28. In late-January 2020, Watts told A.V. that his laptop and electronic equipment had been stolen and he needed money. Watts sent A.V. a screen shot showing a Bedfordshire Private Account with a balance of £6,200,549.00.

29. On or about January 30, 2020, A.V. received an email from Watts that stated, "Good Morning Love, Please Kindly wire $45,630.00 to the below account details." The account was in the name of H-D Logistics, Inc., with an address of 868 Panella Court, Oceanside, California 92057. Watts closed with "Let me know once it done. Love you so much."

30. Instead of sending the funds via wire transfer, A.V. purchased a Wells Fargo cashier's check number 0034703234 in the amount of $45,630.00, payable to H-D Logistics, Inc. and sent the cashier's check, via FedEx to H-D Logistics, 868 Panella Court, Oceanside, California 92057.

31. The FedEx package containing the cashier's check was delivered on February 1, 2020, according to FedEx tracking number 390063296518 and was deposited into defendant BOA account #1984, as discussed below.

32. According to A.V., she wondered why Watts would have the funds sent to California. After A.V. sent the cashier's check, Watts asked A.V. to send more money, but A.V. had a bad feeling and did not send any additional money.

33. Based on the investigation, it was determined that A.V. was a victim of an online romance scam. A.V. has not received any money back from Watts.

### Defendant $22,005.93 Seized from Bank of America Account # 1984

34. Defendant BOA account #1984 was opened in the name of H-D Logistics, Inc. with the sole signer listed as Debora Hill with a $500.00 deposit on January 22, 2020.

35. On February 3, 2020, the $19,800.00 cashier's check was deposited into defendant BOA account #1984 from Citibank account discussed above, which had received $600,000.00 in BEC fraud proceeds.

36. On February 3, 2020, the $45,630.00 cashier's check from A.V. was deposited into the defendant BOA account #1984, bringing the balance of the account to $70,952.42. The $70,952.42 was comprised of the funds from the $19,800.00 cashier's check, the cashier's check from A.V. and various small transactions.

37. A review of the account records for defendant BOA account #1984 show that the account did not receive regular business deposits. The only identified business deposits occurred on February 19 and March 16, 2020, totaling $3,158.00.

38. On February 10, 2020, law enforcement personnel contacted Debora Hill and told her that the cashier's check she received on February 3, 2020, was from a fraud scheme and told her not to move the money.

39. Despite being informed of the fraud by law enforcement on February 10, 2020, on February 11, 2020, $43,630.00 in commingled funds was transferred from the defendant BOA account #1984 to a Wells Fargo account ending in 3132, also in the name of H-D Logistics. On that same date, $43,600.00 was transferred from the Wells Fargo bank account to Gemini Trust account ending in 0664, held in the name of Debora S. Hill. The funds were used to purchase cryptocurrency.

40. Based on the fraud, BOA moved the remaining $22,005.93 in defendant BOA account #1984 to a Hold Harmless account.

### Interview with Debora Hill

41. In February 2020, law enforcement interviewed Debora Hill ("Hill").

42. During the course of the interview, Hill stated that she is the sole owner of H-D Logistics and has been in business for approximately 20 years. H-D Logistics is a company involved in trucking, moving, biotech, and commercial plastics.

43. According to Hill, she met Ken Cantore ("Cantore") two years ago at a party in Los Angeles. Hill and Cantore communicated via Skype and developed a romantic relationship. According to Hill, Cantore is Hill's fiancé. Cantore previously owned a

business called Cantore Truck Investment Services but since retired and sold the business.

44. On April 1, 2021, Agents with the United States Secret Service interviewed Hill at her residence, 868 Panella Court, Oceanside, California. Hill advised that she received and sent 8-10 checks at the direction of Cantore. Hill indicated that she believed the checks she mailed were proceeds of successful investments initiated by others. Cantore provided the names and addresses to send the checks and Hill mailed the checks at Cantore's direction.

45. Hill further informed the interviewing agents that she had previously met with representatives from the Commodity Futures Trading Commission and the Federal Bureau of Investigation involving checks provided to her by Cantore.

## **CONCLUSION**

46. In sum, a group of bad actors are using various online techniques to obtain funds from victims of romance and business email compromise schemes. The funds are then transferred through financial transactions facilitated by money launderers. Based on the fraud schemes set forth herein, H-D Logistics Inc. and Debora Hill have been laundering fraud proceeds through various accounts.

47. Accordingly, defendant $22,005.93 seized from Bank of America Account #1984, constitutes or was derived from proceeds traceable to violation of 18 U.S.C. §§ 1343, 1956 and/or 1957.

## VERIFICATION OF SARAH ANDERSON
## SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Sarah Anderson, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Sarah Anderson
Special Agent, FBI

## FIRST CLAIM FOR RELIEF

48. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

49. By the foregoing and other acts, defendant $22,005.93 seized from Bank of America Account number 325136911984, constitutes or was derived from proceeds traceable to wire fraud, in violation of 18 U.S.C. § 1343 and is therefore forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C).

## SECOND CLAIM FOR RELIEF

50. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

51. By the foregoing and other acts, defendant $22,005.93 seized from Bank of America Account number 325136911984, constitutes property involved in violations of 18 U.S.C. §§ 1956 and/or 1957 or property traceable to such property, and therefore is forfeitable pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant $22,005.98 seized from Bank of America Account number 325136911984 in favor of the United States, that the United States be authorized to dispose of the asset, in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant $22,005.98 seized from Bank of America Account number 325136911984 and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 16th day of May 2023.

    Respectfully submitted,

    FINEGAN COLE
    United States Attorney

By: *s/Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Phone: (303) 454-0100
    Email: laura.hurd@usdoj.gov
    *Attorney for the United States*