IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT# 325136911984,

    Defendant.

---

## WARRANT FOR ARREST OF PROPERTY *IN REM*
---

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant asset described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a.  $22,005.93 in funds from Bank of America, Account# 325136911984.

    DATED this ____ day of _____ 2023.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: _____
Deputy Clerk