**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**     Jeffrey P. Colwell, Clerk

**FROM:**   Judge Robert E. Blackburn

**DATE:**   May 16, 2023

**RE:**     Civil Action No.  23-cv-01217
            USA v. $22,005.93 in funds from Bank of America, Account #32513691198

    Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.