IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cv-01217-SP

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT # 325136911984,

        Defendant.

___

### UNITED STATES' JUNE 26, 2023 STATUS REPORT
___

    COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and hereby provides the Court with the current status of the case:

    1.    On May 16, 2023, the United States filed its *Verified Complaint for Forfeiture in Rem* against the above-captioned defendant asset. (ECF Doc. #1).

    2.    In addition, the United States sent notice of the complaint to potential claimants in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). (ECF Doc. #6). The United States has also published notice of the Verified Complaint in accordance with the Supplemental Rule G(4)(a).  The last date to file a Claim based on publication is July 17, 2023.

3. On Friday, June 23, 2023, undersigned counsel was contacted by Mr. Brian Silber *Esq.*, an attorney located in Florida.  He informed undersigned counsel that he was obtaining documents from a potential claimant and would like to engage in pre-litigation settlement discussions.

4. Based on the publication claim deadline and the discussions with Mr. Silber, the United States will notify the Court regarding the status of the case no later than July 18, 2023.

DATED this 26th day of June 2023.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

        By: *s/ Laura B. Hurd*
        Laura B. Hurd
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        303-454-0100
        Laura.hurd@usdoj.gov
        *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

s/ *Michelle Lockman*
FSA Federal Records Examiner/Analyst
U.S. Attorney's Office
