IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01217-SP

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT #325136911984,

        Defendant.

_____

**NOTICE OF PUBLICATION**
_____

I hereby certify that pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the attached *Notice of Forfeiture Action* was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 18, 2023, as evidenced by the attached *Advertisement Certification Report*.

DATED this 26th day of June 2023.

                                    COLE FINEGAN
                                    United States Attorney

                    By:    <u>s/*Laura B. Hurd*</u>
                            Laura b. Hurd
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            1801 California Street, Ste. 1600
                            Denver, Colorado 80202
                            Telephone: (303) 454-0100
                            E-mail: kurt.bohn@usdoj.gov
                            *Attorney for the United States*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 26th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                  s/ *Michelle Lockman*
                  FSA Federal Records Examiner/Analyst
                  U.S. Attorney's Office