IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cv-01217-SP

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.       $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT # 325136911984,

        Defendant.

_____

### UNITED STATES' AUGUST 1, 2023 STATUS REPORT
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and hereby provides the Court with the current status of the case:

1.       On May 16, 2023, the United States filed its *Verified Complaint for Forfeiture in Rem* against the above-captioned defendant asset. (ECF Doc. #1).

2.       In addition, the United States sent notice of the complaint to potential claimants in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). (ECF Doc. #6). The United States has also published notice of the Verified Complaint in accordance with the Supplemental Rule G(4)(a).  The last date to file a Claim based on publication was July 17, 2023.

1

3. On June 23, 2023, undersigned counsel was contacted by Mr. Brian Silber *Esq.*, an attorney located in Florida. He informed undersigned counsel that he was obtaining documents from Ms. Hill, a potential claimant in this case, and would like to engage in pre-litigation settlement discussions.

4. Mr. Silber informed undersigned counsel that he would be remitting documents to undersigned counsel in an attempt to resolve the matter without litigation.

5. After receiving the documents, undersigned counsel and Mr. Silber corresponded regarding the case. On Friday, July 28, 2023, undersigned counsel was informed that Mr. Silber was no longer was representing Ms. Hill in this matter and that Ms. Hill had advised Mr. Silber that she no longer wished to pursue her claim.

6. That same day, undersigned counsel informed Mr. Silber, via email, that she would inform the Court of his representations and his client's decision to not pursue her claim. Nonetheless, undersigned counsel emailed Mr. Silber and stated that if his client, Ms. Hill, changed her mind and did wish to pursue her claim that she would need to file a claim by August 1, 2023.

7. If Ms. Hill does not file a Claim today, undersigned counsel will be filing a motion for default as Mr. Silber has indicated in his correspondence that his prior client no longer wished to pursue her claim to the defendant property in this matter.

DATED this 1st day of August 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/Laura B. Hurd*

                                Laura B. Hurd
                                Assistant United States Attorney
                                United States Attorney's Office
                                1801 California Street, Suite 1600
                                Denver, CO 80202
                                303-454-0100
                                Laura.hurd@usdoj.gov
                                *Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                                s/ *Michelle Lockman*
                                FSA Federal Records Examiner/Analyst
                                U.S. Attorney's Office