IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  23-cv-01217-SBP

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT # 325136911984,

        Defendant,

_____

**CONSENT/NON-CONSENT FORM**
_____

    Under 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c) – Assignment of Cases/Direct Assignment to Magistrate Judges:

CHECK ONE

☒ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

☐ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| s/ *Laura B. Hurd* | USA | 8/03/2023 |
| Laura B. Hurd | | |
| Print | | |
| Print | | |