IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cv-01217-SBP

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      $22,005.93 IN FUNDS FROM BANK OF AMERICA, ACCOUNT # 325136911984,

        Defendant.

## UNITED STATES' MOTION FOR ORDER FOR WARRANT

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions moves this Court for an Order for Warrant.

In support of this Motion, the United States sets forth the following:

1.      On May 16, 2023, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (herein "Supplemental Rule G"), the United States filed a *Verified Complaint for Forfeiture In Rem* seeking forfeiture of the defendant asset.  Filed with the Verified Complaint was a proposed Order for Warrant, which would direct the Clerk of Court to issue a warrant to arrest the property in the government's possession, custody, or control.  (Doc. 1, 1-1, and 1-2).

2.      After filing the case, it was originally assigned to Senior Judge Robert E. Blackburn and drawn to Magistrate Judge Scott T. Varholak.  (Doc. 2).  However, Senior Judge Robert E. Blackburn requested the case be reassigned. (Doc. 4).

3.      On May 16, 2023, the case was reassigned to the Magistrate Susan Prose. *Id*.  However, undersigned counsel failed to email Magistrate Judge Susan Prose's chambers the proposed Order for Warrant and proposed Warrant in word format.

4.      Pursuant to Supplemental Rule G(3)(b)(i), if the defendant asset is not real property, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control."   As stated in the *Verified Complaint for Forfeiture In Rem*, the defendant asset was seized and held by the United States Marshals Service.  (Doc. 1, ¶ 4).   However, no warrant has issued to date.

5.      Accordingly, because the Clerk of Court must issue a warrant to arrest the property in accordance with to Supplemental Rule G(3)(b)(i), the United States requests that the Court enter the proposed Order for Warrant, which is attached and will be provided to chambers in word format along with the proposed Warrant.

WHEREFORE, the United States respectfully requests that the Court issue an Order for Warrant.

DATED this 4th day of August 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/Laura Hurd
Assistant U.S. Attorney
U.S. Attorney's Office

        1801 California St., Ste 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: @usdoj.gov
        *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

        s/ *Michelle Lockman*
        FSA Federal Records Examiner/Analyst
        U.S. Attorney's Office